■ In the Matter of MARCIA SHEILA KASDAN, a Suspended Attorney. [691 NYS2d 760] —Motion to confirm the Determination of the Hearing Panel, which confirmed the Report and Recommendation of the Referee denying reinstatement, granted. Cross-motion to disaffirm the Report, or in the alternative, to reduce the time to reapply for reinstatement to the Bar in the State of New York denied in its entirety. No opinion. Concur—Ellerin, P. J., Sullivan, Rosenberger, Nardelli and Lerner, JJ.